[Nos. 33191-4-I; 33192-2-I.  Division One.  January 29, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD JAMES ENGEL, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 89-1-05687-5, John M. Darrah, J., entered July 26, 1993. *Affirmed* by unpublished opinion per Webster, J., concurred in by Cox, J., and Thorpe, J. Pro Tem.

[No. 33432-8-I.  Division One.  January 29, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE LUIS-RAMOS MEJIA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-8-00912-9, Carol A. Schapira, J., entered August 31, 1993. *Dismissed* by unpublished per curiam opinion.

[Nos. 33496-4-I; 33539-1-I.  Division One.  January 29, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. FREEMAN GASALO TURNER, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. SHERMAN ALONZO ROLAND, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 93-1-02259-6, James A. Noe, J., entered September 27, 1993. *Affirmed* by unpublished opinion per Cox, J., concurred in by Ellington, J., and Thorpe, J. Pro Tem.

[No. 33633-9-I.  Division One.  January 29, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS GREGORY LEWIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-06363-6, Anthony P. Wartnik, J., entered October 1, 1993. *Dismissed* by unpublished per curiam opinion.